## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROGER NUNN, an individual,<br><br>        Plaintiff,<br><br>    v.<br><br>TPUSA, INC., a Delaware corporation; and DOES 1 through 25, inclusive,<br><br>        Defendants, | Case No. 2:21-CV-00705-JAM-CKD<br><br>**ORDER GRANTING JOINT REQUEST FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE**<br><br>Complaint Filed:   March 18, 2021 |

Plaintiff **ROGER NUNN** ("Plaintiff") and Defendants **TPUSA, INC.,** ("Defendant") (collectively, the "Parties") submitted a Joint Stipulation Dismissing Action with Prejudice.

The Court, having read and considered the Parties' Joint Stipulation Dismissing Action with Prejudice, and good cause appearing therefor,

**IT IS HEREBY ORDERED THAT**:

1. Plaintiff's Complaint and this entire action is dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a).

2. Each party shall bear its own attorneys' fees and costs in connection with the prosecution and defense of this action.

**IT IS SO ORDERED.**

DATED:  February 15, 2022        /s/ John A. Mendez
                                  THE HONORABLE JOHN A. MENDEZ
                                  UNITED STATES DISTRICT COURT JUDGE